1  Jonathan A. Dessaules, State Bar No. 019439
   jdessaules@dessauleslaw.com
2  DESSAULES LAW GROUP
   5353 North 16th Street, Suite 110
3  Phoenix, AZ  85016
   Telephone:   602.274.5400
4
   Rana Nader (CA SBN 247182)
5  rnader@jonesday.com
   JONES DAY
6  3161 Michelson Drive, Suite 800
   Irvine, CA  92612
7  Telephone:    (949) 851-3939
   Facsimile:    (949) 553-7539
8  *Admitted Pro Hac Vice*

9  *Attorneys for Defendant Experian Information Solutions, Inc.*

10

11             UNITED STATES DISTRICT COURT
               U.S. DISTRICT OF ARIZONA
12

13 | JAMES CASEY AND NANCY CASEY, a marital community | Case No. 2:13-cv-02221-SRB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION RE DISMISSAL WITH PREJUDICE |
| Bank of America, N.A., a federal national association; EQUIIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC, an Ohio Corporation; and TRANS UNION, LLC, Delaware limited liability company, | |
| Defendants. | |

1    WHEREAS Plaintiffs James Casey and Nancy Casey ("Plaintiffs") have reached a settlement with defendant Experian Information Solutions, Inc. ("Experian"), IT IS HEREBY STIPULATED between Plaintiffs and Experian, by and through their undersigned counsel that all of Plaintiffs' claims against Experian in this action shall be dismissed with prejudice, each side to bear its own costs.

Dated:  March 28, 2014

Respectfully submitted,

By: /s/ Rana Nader
Rana Nader (CA SBN 247182)
rnader@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 851-3939
*Admitted Pro Hac Vice*

Jonathan A. Dessaules
jdessaules@dessauleslaw.com
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, AZ 85016
Telephone:  (602) 274-5400

*Counsels for Defendant Experian Information Solutions, Inc.*

Dated March 28, 2014

By: /s/ Kenneth L. Neeley
Joseph Patrick Brown
joseph@neeleylaw.com
Kenneth Lynn Neeley
kenn@neeleylaw.com
NEELEY LAW FIRM
2250 E. Germann Road, Suite 11
Chandler, AZ  85286
Telephone:  (480) 802-4647

*Counsels for Plaintiffs James Casey and Nancy Casey*

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Joseph Patrick Brown
Kenneth Lynn Neeley
Neeley Law Firm
2250 E. Germann Road, Suite 11
Chandler, AZ  85286
T:  (480) 802-4647
F:  (480) 907-1648
Email:  joseph@neeleylaw.com
Email:  kenn@neeleylaw.com
*Attorneys for Plaintiffs*

Michael Jeffrey Coccaro
Snell & Wilmer LLP
1 Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
T:  (602) 382-6444
F:  (602) 382-6070
Email: mcoccaro@swlaw.com
*Attorneys for Equifax*

Donald Peder Johnsen
Gallagher & Kennedy PA
2575 E. Camelback Road, Suite 1100
Phoenix, AZ  85016-9225
T:  (602) 530-8000
F:  (602) 530-8500
Email: DPJ@gknet.com
*Attorneys for Bank of America*

Philip R Wooten
Philip R Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ  85044-3403
T:  (480) 598-4330
F:  (480) 598-4331
Email:  philip.wooten@azbar.org
*Attorneys for Trans Union*

       */s/ Rana Nader*
       Rana Nader

IRI-61399v1