Philip R. Wooten
Arizona State Bar No. 007006
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ  85044-3403
Telephone: 480-598-4330
Facsimile:  480-598-4331
philip.wooten@azbar.org
*Counsel for Defendant Trans Union LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES CASEY and NANCY CASEY,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NA, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.  2:13-cv-02221-SRB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

TO THE HONORABLE JUDGE BOLTON:

Plaintiffs James Casey and Nancy Casey and Defendant Trans Union LLC file this Joint Motion to Dismiss with Prejudice and in support thereof would respectfully show the Court as follows:

All matters in controversy between the Plaintiffs and Trans Union LLC which were or could have been the subject matter of this lawsuit are resolved.

WHEREFORE, for the reasons set forth above, Plaintiffs and Defendant Trans Union LLC respectfully request that this Court dismiss the claims and causes of action asserted herein by Plaintiffs James Casey and Nancy Casey against Defendant Trans Union LLC and for each party to bear their own court costs.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | By /s/ Philip R. Wooten [w/ permission] |
| 4 | **KENNETH L. NEELEY** |
|   | kenn@neeleylaw.com |
| 5 | **JOSEPH P. BROWN** |
| 6 | joseph@neeleylaw.com |
|   | **NEELEY LAW FIRM, PLC** |
| 7 | 2250 E. Germann Rd. Suite 11 |
| 8 | Chandler, AZ 85286 |
|   | Telephone: (480) 802-4647 |
| 9 | Facsimile: (480) 907-1648 |
| 10 | **COUNSEL FOR PLAINTIFFS** |
| 11 | |
| 12 | Respectfully submitted, |
| 13 | |
| 14 | By /s/ Philip R. Wooten |
| 15 | **PHILIP R. WOOTEN** |
|    | Arizona State Bar No. 007006 |
| 16 | philip.wooten@azbar.org |
| 17 | **PHILIP R. WOOTEN, PC** |
|    | 3413 E. Equestrian Trail |
| 18 | Phoenix, AZ 85044-3403 |
| 19 | Telephone: (480) 598-4330 |
|    | Facsimile: (480) 598-4331 |
| 20 | **COUNSEL FOR TRANS UNION LLC** |

# **CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of March, 2014, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| Kenneth L. Neeley<br>Joseph P. Brown<br>Neeley Law Firm, PLC<br>2250 E. Germann Rd. Suite 11<br>Chandler, AZ 85286<br>Telephone: (480) 802-4647<br>Facsimile:  (480) 907-1648<br>Email: kenn@neeleylaw.com<br>Email: joseph@neeleylaw.com<br>Attorneys for Plaintiffs | Donald P. Johnsen<br>Gallagher & Kennedy PA<br>2575 E Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Telephone: (602) 530-8000<br>Facsimile:  (602) 530-8500<br>Email: dpj@gknet.com<br>Attorneys for Bank of America NA |
| Michael J. Coccaro<br>Snell & Wilmer L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br>Telephone: (602) 382-6444<br>Facsimile:  (602) 382-6070<br>Email: mcoccaro@swlaw.com<br>Attorneys for Equifax Information Services, LLC | Jonathan A. Dessaules<br>Dessaules Law Group<br>5353 N 16th St., Ste. 110<br>Phoenix, AZ 85016<br>Telephone: (602) 274-5400<br>Facsimile: (602) 274-5401<br>Email: jdessaules@dessauleslaw.com<br>And<br>Rana Nader<br>Jones Day – Irvine, CA<br>3161 Michelson Dr., Suite 800<br>Irvine, CA 92612<br>Telephone: (949) 851-3939<br>Facsimile: (949) 553-7539<br>Email: rnader@jonesday.com<br>Attorneys for Experian Information Solutions, Inc. |

and I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

By  /s/  Philip R. Wooten