# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Casey and Nancy Casey | No. CV-13-02221-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Bank of America NA, et al., | |
| Defendants. | |

After considering the parties' Stipulation Regarding Dismissal with Prejudice,

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Experian Information Solutions, Inc., are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 31st day of March, 2014.

_____
Susan R. Bolton
United States District Judge